**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAY 18 PM 5: 17

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:10CR 185 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | 21 U.S.C. §846 |
| RONALD WOJTOWICH, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1) |
| Defendant. | ) | 18 U.S.C. § 473 |
| | ) | |

The Grand Jury Charges:

## COUNT I

On or about February 24, 2010, in the District of Nebraska, RONALD WOJTOWICH, Defendant herein, did knowingly and intentionally manufacture or attempt to manufacture 5 grams or more of actual methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1). In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about February 21, 2010, in the District of Nebraska, RONALD WOJTOWICH, Defendant herein, did knowingly transfer to Rick Schafer, a counterfeited obligation of the United States, that is: (5) twenty-dollar Federal Reserve Notes bearing Serial Number IF69363879F; (4) five-dollar Federal Reserve Notes bearing Serial Number IJ12010775A and (2) five-dollar Federal Reserve Notes bearing Serial Number FE86609630B, with the intent that the same be passed, published and used as true and genuine, in violation of Title 18, United States Code, Section 473.

## COUNT III

On or about February 13, 2010, in the District of Nebraska, RONALD WOJTOWICH, Defendant herein, did knowingly transfer to Men's Wear House, a counterfeited obligation of the United States, that is: (9) twenty-dollar Federal Reserve Notes bearing Serial Number IJ80222306A; (1) twenty-dollar Federal Reserve Note bearing Serial Number GE55937488A and (1) one hundred-dollar Federal Reserve Note bearing Serial Number DE39257691A, with the intent that the same be passed, published and used as true and genuine, in violation of Title 18, United States Code, Section 473.

A TRUE BILL

FOREPERSON



ROBERT C. STUART
Acting United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
10 MAY 18 PM 5:17
OFFICE OF THE CLERK