# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR185 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RONALD WOJTOWICH, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Ronald Wojtowich's letter addressed to the Clerk (Filing No. 32), which the Court will construe as a motion for copies. The Defendant requests a copy of the Docket Sheet for his criminal case.

The Defendant was sentenced on December 6, 2010, and no appeal was made from the Judgment entered. The Defendant indicates that he is indigent and unable to pay for the copy of the Docket Sheet. Even though the Defendant does not specify the reason as to why he needs this document, the Court will provide the Defendant with a copy of the document he is requesting in his motion. Accordingly,

IT IS ORDERED:

1. The Court will construe Defendant Ronald Wojtowich's letter addressed to the Clerk (Filing No. 32) as a motion for copies; and

2. The Clerk shall mail copies of this Order and Defendant Ronald Wojtowich's Docket Sheet to the Defendant at his last known address.

DATED this 22nd day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge